# UNITED STATES DISTRICT COURT
## Western District of Oklahoma

| | | |
|---|---|---|
| Shannon Vculek, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIV-21-281-JD |
| | § | |
| v. | § | |
| | § | |
| Harold Hoehner, Jr., Hoehner's | § | |
| Technical Services, Inc., and Cactus | § | |
| Drilling Company, LLC | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff through his respective counsel, hereby stipulates and agrees that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

No opposing party has been served or filed an answer or a motion for summary judgment.

An arbitration agreement exists, and the parties will resolve the dispute through arbitration.

Respectfully submitted:

*/s/ Victor R. Wandres*
**Victor R. Wandres, OBA #19591**

**Paramount Law**

4835 S. Peoria Ave., Suite 1
Tulsa, OK 74105
(918) 200-9272 voice
(918) 895-9774 fax
victor@paramount-law.net

By:     */s/ Chris R. Miltenberger*
        Chris R. Miltenberger
        Texas State Bar Number 14171200
        Designated as Lead Attorney

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorneys for Plaintiff